The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RYAN GRANT,

    Plaintiff,

v.

JAMES DYMENT, BRIAN KOSHAK, LARRY LONGLEY, BERNARD MAHONEY, ALAN RICHARDS, STEVEN STEWART, and THE CITY OF SEATTLE,

    Defendants.

No.   2:17-cv-01655-TSZ

NOTICE OF WITHDRAWAL OF COUNSEL

[CLERK'S ACTION REQUIRED]

TO:   Clerk of the Court; and

TO:   All Parties and Their Counsel:

PLEASE NOTE that Assistant City Attorney Josh Johnson withdraws as counsel for Defendants James Dyment, Brian Koshak, Larry Longley, Bernard Mahoney, Alan Richards, Steven Stewart, and The City of Seattle in the above-captioned case. Assistant City Attorney Kerala Cowart remains as counsel of record. No leave of court is necessary for this "change of counsel within the same

///

///

NOTICE OF WITHDRAWAL OF COUNSEL –1
(2:17-cv-01655-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

law firm," in accordance with Local Rules W.D. Wash. LCR 78.2(b)(2).

DATED this 20th day of July, 2018.

                PETER S. HOLMES
                Seattle City Attorney

By:   *s/ Josh Johnson*
        Josh Johnson, WSBA# 33570
        Assistant City Attorney

        Seattle City Attorney's Office
        701 Fifth Avenue, Suite 2050
        Seattle, WA 98104
        Tel #: (206) 233-7808
        Fax #: (206) 684-8284

        E-mail:  Josh.Johnson@seattle.gov

*Withdrawing Attorney for Defendants James Dyment, Brian Koshak, Larry Longley, Bernard Mahoney, Alan Richards, Steven Stewart, and The City of Seattle*

NOTICE OF WITHDRAWAL OF COUNSEL –2
(2:17-cv-01655-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

# DECLARATION OF SERVICE

This certifies that a true and correct copy of the attached WITHDRAWAL OF ATTORNEY, was filed via CM/ECF and served on all counsel of record in the manner indicated below:

| *Attorneys for Plaintiff:*<br><br>David Whedbee, WSBA #35977<br>Sam Kramer, WSBA #50132<br>**MacDonald Hoague & Bayless**<br>705 Second Avenue, Suite 1500<br>Seattle, WA  98104 | ☑ By ECF Filing Notification(s):<br>davidw@mhb.com;<br>samk@mhb.com;<br>cristyc@mhb.com;<br>terrif@mhb.com<br>noemiv@mhb.com |
|---|---|

DATED this 20th day of July, 2018.

*s/ Jennifer Litfin*
Jennifer Litfin, Legal Assistant
E-mail: Jennifer.Litfin@seattle.gov

NOTICE OF WITHDRAWAL OF COUNSEL –3
(2:17-cv-01655-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200