UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN GRANT,<br><br>                Plaintiff,<br><br>  v.<br><br>JAMES DYMENT, et al.,<br><br>                Defendants. | C17-1655 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend the expert disclosure deadline, docket no. 20, is GRANTED. The deadline for disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from August 6, 2018, to October 5, 2018. All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 7, remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1