UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN GRANT,

           Plaintiff,

  v.

JAMES DYMENT, et al.,

           Defendants.

C17-1655 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend the discovery completion deadline, docket no. 22, is GRANTED as follows. The discovery completion deadline is EXTENDED from November 5, 2018, to Monday, November 26, 2018, solely for the purpose of conducting depositions. All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 7, remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of October, 2018.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1