The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN GRANT,<br><br>                        Plaintiff,<br><br>    vs.<br><br>JAMES DYMENT, BRIAN KOSHAK, LARRY LONGLEY, BERNARD MAHONEY, ALAN RICHARDS, STEVEN STEWART, and THE CITY OF SEATTLE,<br><br>                        Defendants. | No.    2:17-CV-01655-TSZ<br><br>[PROPOSED] STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff, Ryan Grant, and the defendants, James Dyment, Brian Koshak, Larry Longley, Bernard Mahoney, Alan Richards, Steven Stewart and the City of Seattle, that this matter has been fully settled and compromised, and, may, therefore, be dismissed, as between the plaintiff and defendants, with prejudice and without costs or attorneys' fees to either party.

DATED this 11th day of December, 2018

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

| PETER S. HOLMES<br>Seattle City Attorney<br><br>By:   */s/Kerala Cowart*<br>       Kerala Cowart, WSBA# 53649<br>       Assistant City Attorneys<br><br>       *Attorney for Defendants* | **MacDonald Hoague & Bayless**<br><br><br>By:   */s/ David Whedbee*<br>       David Whedbee, WSBA # 35977<br><br>       *Attorney for Plaintiff* |
|---|---|

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

**ORDER**

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that this matter has been fully settled and compromised as between the plaintiff and the defendant, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this _____ day of December, 2018.

_____
Judge Thomas S. Zilly

Presented by:

PETER S. HOLMES
Seattle City Attorney

By:   */s/ Kerala Cowart*
      Kerala Cowart, WSBA# 53649
      Assistant City Attorneys

      *Attorney for Defendant City of Seattle*

Copy Received; Approved For Entry;
Notice of Presentation Waived:


By:   */s/ David Whedbee*
      David Whedbee, WSBA# 35977
      Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200